

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-13-00354-CV

Trial Court Cause
Number:     1016865

Style:     Alfred F. Bernat

    **v** Tomas Sotelo and Benancia Sotelo

Date motion filed*:     April 3, 2014

Type of motion:     Appellant's Motion for En Banc Reconsideration

Party filing motion:     Appellant

Document to be filed:     no

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐ Granted

         If document is to be filed, document due: _____

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Sherry Radack
         ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown and Huddle

Date: June 24, 2014